IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR225 |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | ORDER |
| **JACK LEVELL II,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the deadline to file objections to the Presentence Investigation Report ("PSR") (Filing No. 14).

IT IS ORDERED:

1. The Defendant's motion to continue the deadline to file objections to the PSR (Filing No. 14) is granted;

2. The deadline in ¶ 6 of the Order on Sentencing Schedule is changed to September 18, 2006; and

3. Otherwise, the deadlines in the PSR remain unchanged.

DATED this 5th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge