# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR225** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JACK LEVELL, II,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date (Filing No. 30).

Currently, the Defendant is to report on February 2, 2007, in Littleton Colorado, to FCI Englewood. For the reasons stated in the motion, it will be granted.

IT IS ORDERED:

1. The Defendant's motion to extend his self surrender date (Filing No. 30) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, February 5, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 31st day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge